JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WATCH RAPPORT, LLC, | CASE NO. 2:23-CV-02154-SPG-RAO |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SETH GRENNY, DOES 1-20, inclusive, | |
| Defendants. | |
| | Judge Sherilyn Peace Garnett<br>Magistrate Judge Rozella A. Oliver<br>Dept: 5C |
| SETH GRENNY, | |
| Counterclaimant, | Date Complaint Filed:  March 22, 2023<br>Removal:  No |
| v. | Responsive Pleading: Aug. 30, 2023<br>Trial (Proposed): June 1, 2024 |
| WATCH RAPPORT, LLC, | |
| Counter-Defendant. | |

The Court having considered the Stipulation for Entry of Judgment filed herein ("**Stipulation**"), and good cause appearing therefore, the Court finds as follows:

1.      After reviewing the facts in the parties Stipulation and as set forth in Mr. Grenny's Counterclaims on file in this Court, the Court finds that Defendant Watch  Rapport, LLC  breached obligations to Mr. Grenny.

2.      As a direct and proximate result of those breaches, Mr. Grenny was harmed in

the amount of $132,056.47.

     3.     Post-judgment interest shall be calculated at the statutory rate.

     The Court therefore enters judgment in favor of Seth Grenny and against Watch Rapport, LLC as follows:

     1.     Judgment is entered in the amount of $132,056.47.

     2.     Post-judgment interest shall be calculated on the principal amount of $132,056.47 at the statutory rate.


**IT IS SO FOUND, ORDERED, ADJUDGED, AND DECREED**.

Dated: June 24, 2024           _____

                            Hon. Sherilyn Peace Garnett
                            United States District Court